UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  Case No. 11-CR-20129

vs.

                                  HON. ROBERT H. CLELAND

SCOTT SUTHERLAND, ET AL.,

        Defendants.

and

UNITED STATES OF AMERICA

        Plaintiff,

                                  Case No. 11-CR-20066

                                  HON. ROBERT H. CLELAND

JEFF GARVIN SMITH ET AL.,

_____/

## ORDER SETTING STATUS CONFERENCE

On July 13, 2012 a Third Superseding Indictment was unsealed in case 11-20129 adding 37 defendants.  On the same date another Indictment was unsealed in case 11-20066 with 11 defendants, ten of whom are charged in both cases.

The Court will conduct an in person status with the attorneys only on **Wednesday, August 22, 2012 at 2:00 p.m.**  Counsel of record for the Government, counsel of record for the defendants and a representative from the Sixth Circuit Case Budgeting Office are ordered to attend.

IT IS ORDERED that all deadlines are suspended pending the outcome of the

Status Conference.   All future dates and trial will be scheduled at that time to be

determined by the court and counsel.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  August 3, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, August 3, 2012, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522