**Agreed exhibit procedure in the absence of the judge.**

The parties understand that Judge Cleland will be absent, and attending the funeral of his colleague, Judge Zatkoff, this morning, as will many other judges. The jury should, however, continue to work.

If the jury requests to review a physical exhibit, the request will be communicated to all attorneys, and if all agree, that exhibit will be provided to the jury by the bailiff. The attorney representatives will sign the form created for exhibit transmission, and that form, like all others before it, will be docketed.

If there is a substantive question from the jury, the attorneys will caucus and if they arrive at an agreeable written resolution, it will be sent to Judge Cleland by email and approved by return email for submission to the jury by the bailiff.

If there is a request for tape recorded playback, the jury will be informed that they should pass over the request for the time being and move to another issue while preparations are made. Upon Judge Cleland's return, playback can be organized pursuant to the standing agreement on such matters.

Agreed (signatures):

| | | | |
|---|---|---|---|
| | | | |

**Agreed exhibit procedure in the absence of the judge.**

The parties understand that Judge Cleland will be absent, and attending the funeral of his colleague, Judge Zatkoff, this morning, as will many other judges. The jury should, however, continue to work.

If the jury requests to review a physical exhibit, the request will be communicated to all attorneys, and if all agree, that exhibit will be provided to the jury by the bailiff. The attorney representatives will sign the form created for exhibit transmission, and that form, like all others before it, will be docketed.

If there is a substantive question from the jury, the attorneys will caucus and if they arrive at an agreeable written resolution, it will be sent to Judge Cleland by email and approved by return email for submission to the jury by the bailiff.

If there is a request for tape recorded playback, the jury will be informed that they should pass over the request for the time being and move to another issue while preparations are made. Upon Judge Cleland's return, playback can be organized pursuant to the standing agreement on such matters.

Agreed (signatures):

| | | | |
|---|---|---|---|
| | | | |

**Agreed exhibit procedure in the absence of the judge.**

The parties understand that Judge Cleland will be absent, and attending the funeral of his colleague, Judge Zatkoff, this morning, as will many other judges. The jury should, however, continue to work.

If the jury requests to review a physical exhibit, the request will be communicated to all attorneys, and if all agree, that exhibit will be provided to the jury by the bailiff. The attorney representatives will sign the form created for exhibit transmission, and that form, like all others before it, will be docketed.

If there is a substantive question from the jury, the attorneys will caucus and if they arrive at an agreeable written resolution, it will be sent to Judge Cleland by email and approved by return email for submission to the jury by the bailiff.

If there is a request for tape recorded playback, the jury will be informed that they should pass over the request for the time being and move to another issue while preparations are made. Upon Judge Cleland's return, playback can be organized pursuant to the standing agreement on such matters.

Agreed (signatures):

| | | | |
|---|---|---|---|
| | | | |

**Agreed exhibit procedure in the absence of the judge.**

The parties understand that Judge Cleland will be absent, and attending the funeral of his colleague, Judge Zatkoff, this morning, as will many other judges. The jury should, however, continue to work.

If the jury requests to review a physical exhibit, the request will be communicated to all attorneys, and if all agree, that exhibit will be provided to the jury by the bailiff. The attorney representatives will sign the form created for exhibit transmission, and that form, like all others before it, will be docketed.

If there is a substantive question from the jury, the attorneys will caucus and if they arrive at an agreeable written resolution, it will be sent to Judge Cleland by email and approved by return email for submission to the jury by the bailiff.

If there is a request for tape recorded playback, the jury will be informed that they should pass over the request for the time being and move to another issue while preparations are made. Upon Judge Cleland's return, playback can be organized pursuant to the standing agreement on such matters.

Agreed (signatures):

| | | | |
|---|---|---|---|
| | | | |
| | | | |

**Agreed exhibit procedure in the absence of the judge.**

The parties understand that Judge Cleland will be absent, and attending the funeral of his colleague, Judge Zatkoff, this morning, as will many other judges. The jury should, however, continue to work.

If the jury requests to review a physical exhibit, the request will be communicated to all attorneys, and if all agree, that exhibit will be provided to the jury by the bailiff. The attorney representatives will sign the form created for exhibit transmission, and that form, like all others before it, will be docketed.

If there is a substantive question from the jury, the attorneys will caucus and if they arrive at an agreeable written resolution, it will be sent to Judge Cleland by email and approved by return email for submission to the jury by the bailiff.

If there is a request for tape recorded playback, the jury will be informed that they should pass over the request for the time being and move to another issue while preparations are made. Upon Judge Cleland's return, playback can be organized pursuant to the standing agreement on such matters.

Agreed (signatures):

*Sidney Kraizman (Sidney Kraizman)*

*Attorney for Patrick McKeoun 1/28/2015*

**Agreed exhibit procedure in the absence of the judge.**

The parties understand that Judge Cleland will be absent, and attending the funeral of his colleague, Judge Zatkoff, this morning, as will many other judges. The jury should, however, continue to work.

If the jury requests to review a physical exhibit, the request will be communicated to all attorneys, and if all agree, that exhibit will be provided to the jury by the bailiff. The attorney representatives will sign the form created for exhibit transmission, and that form, like all others before it, will be docketed.

If there is a substantive question from the jury, the attorneys will caucus and if they arrive at an agreeable written resolution, it will be sent to Judge Cleland by email and approved by return email for submission to the jury by the bailiff.

If there is a request for tape recorded playback, the jury will be informed that they should pass over the request for the time being and move to another issue while preparations are made. Upon Judge Cleland's return, playback can be organized pursuant to the standing agreement on such matters.

Agreed (signatures):

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

**Agreed exhibit procedure in the absence of the judge.**


The parties understand that Judge Cleland will be absent, and attending the funeral of his colleague, Judge Zatkoff, this morning, as will many other judges. The jury should, however, continue to work.

If the jury requests to review a physical exhibit, the request will be communicated to all attorneys, and if all agree, that exhibit will be provided to the jury by the bailiff.  The attorney representatives will sign the form created for exhibit transmission, and that form, like all others before it, will be docketed.

If there is a substantive question from the jury, the attorneys will caucus and if they arrive at an agreeable written resolution, it will be sent to Judge Cleland by email and approved by return email for submission to the jury by the bailiff.

If there is a request for tape recorded playback, the jury will be informed that they should pass over the request for the time being and move to another issue while preparations are made.  Upon Judge Cleland's return, playback can be organized pursuant to the standing agreement on such matters.

Agreed (signatures):

| | | | |
|---|---|---|---|
| | | | |
| | | | |