**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,                              CIVIL NO. 11-20129 – 7
                                                  11-20066-5

v.

CARY VAN DIVER,

        Defendant(s).

_____/

**ORDER GRANTING DEFENDANT'S MOTION
TO EXTEND TIME TO FILE A MOTION TO VACATE SENTENCE
PURSUANT TO §2255**

The Court having received Defendant's [2656] Motion for an Extension of Time to File a Motion to Vacate Sentencing Pursuant to §2255, the Government having no objection and the Court being duly advised in the premises;

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time is GRANTED. Defendant shall file his Motion to Vacate by **November 27, 2023.**

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated: May 23, 2023